## Court Ordered Legal Notice

*Mohamed v. Off Lease Only, Inc. Case No. 1:15-cv-23352-MGC*
United States District Court, Southern District Florida

**This Notice May Affect Your Legal Rights. Please Read It Carefully.**

Ray Mohamed sued Off Lease Only, Inc., claiming that Off Lease Only, Inc., through its agent American Motor Company, LLC, used an automatic telephone dialing system to text cell phones without the consent of the recipients in violation of the Telephone Consumer Protection Act. 47 U.S.C. § 227 *et seq*. Off Lease Only, Inc. denies that it did anything wrong, and the Court has not yet decided who is right.

You received this e-mail because records show you are a member of the Certified Class. The Court decided that the Certified Class includes:

> All subscribers within the United States (i) who received a text message (ii) on his or her cellular telephone (iii) from InstantCarOffer.com, on behalf of Off Lease Only, Inc. (iv) through the use of the Twilio platform (v) after placing an advertisement on Craigslist.org in connection with the sale of a vehicle (vi) for a period of four (4) years prior to the filing of the initial Complaint – September 4, 2011 through July 12, 2017.

**Do I Have a Lawyer in the Case?** The Court has appointed several firms as Class Counsel, the lawyers for the Class – Scott D. Owens, P.A., Hiraldo, P.A., Bret L. Lusskin, P.A. and Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.

You will not be charged for services performed by Class Counsel, but if successful, they may ask the Court for fees and expenses, which would be either deducted from any money obtained for the Class or paid separately by Defendant.

You have the right to enter an appearance through your own attorney if you desire. However, if you choose to be represented by your own lawyer, you must hire one at your own expense.

**Your Other Options.** If you want to remain a Class member you do not need to do anything now and you will be bound by whatever judgment the Court makes whether it is for or against the Class, and you will not preserve your right to file an individual claim against Defendant for the same claims at issue in this case. If you do not want to be legally bound by the Lawsuit, you must exclude yourself by [**Month DD, 2017**]. Information about the case is available at [Website], including forms allowing you to exclude yourself from the Class.

The Detailed Notice available on the website explains how to exclude yourself. The Court will hold a trial beginning February 5, 2018 to rule on the suit. The Court may change the date of the trial without further notice to the Class.

PLEASE VISIT [WEBSITE] OR CALL [TOLL FREE NUMBER] FOR MORE INFORMATION.