# NOTICE OF CLASS ACTION LAWSUIT

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

**What is this?** This is notice of a Class Action Lawsuit.

**What is this lawsuit about?** Ray Mohamed sued Off Lease Only, Inc., claiming that Off Lease Only texted him and others through its agent American Motor Company, Inc. to promote Off Lease Only's business. Mr. Mohamed claims that Off Lease Only violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, which prohibits text messages from being sent to cellular telephones using automated telephone dialing systems without consent. The Telephone Consumer Protection Act entitles consumers who were sent illegal texts to recover money damages and get a court order stopping the texts. Off Lease Only denies that it did anything wrong.

**Why am I getting this notice?** You were identified as someone who may have received one of these text messages on behalf of Off Lease Only.

CLASS ACTION ADMINISTRATOR
c/o

Notice ID:  NUMBER
\*\*\*\*\*\*\*\*\*\*\*\*

Postal Service: Please Do Not Mark or Cover Barcode

Name
Address

*Please visit*:
[Website]
or call (800) XXX-XXXX *for additional information*

**Am I A Class Member?** You are a class member if: (i) you received a text message (ii) on your cellular telephone (iii) from InstantCarOffer.com, on behalf of Off Lease Only, Inc., (iv) through the use of the Twilio platform (v) after placing an advertisement on Craigslist.org in connection with the sale of a vehicle (vi) for a period of four (4) years prior to the filing of the initial complaint- September 4, 2011 through July 12, 2017. The Court has appointed several firms as Class Counsel, the lawyers for the Class – Scott D. Owens, P.A., Hiraldo, P.A., Bret L. Lusskin, P.A. and Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. The Court has not yet decided whether Mr. Mohamed or Off Lease Only is right.

**Do I have to be included in the Class?** If you want to remain a Class member you do not need to anything now. You can choose to exclude yourself from the class action by [DATE]. If you do not exclude yourself from the class you will be a class member and will be bound by any judgement the Court enters, regardless of whether the judgement is in favor of the Class or the Defendant. Information about the case is available at [Website], including forms allowing you to exclude yourself from the Class or to update your contact and address information.

**How do I get more information about the class action?** This notice contains limited information about the lawsuit. For more information, to view additional Court documents, and to review information regarding your rights to be excluded from the Class Visit [Website]. You can also obtain additional information or long form notice by calling [phone number] Toll Free.

***Do not contact the Court, Off Lease Only, or Off Lease Only's lawyers with questions.***