*Ray Mohamed ("Plaintiff") v. Off Lease Only, Inc. ("Defendant")*
**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**
*Case No. 1:15-cv-23352-MGC*

**If you were sent a text message by Instantcaroffer.com on behalf of Off Lease Only, Inc. between September 4, 2011 and July 12, 2017, then your rights could be affected by a pending class action.**

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

**If you are a Class Member, your legal rights are affected whether you act or don't act.**

- This notice may affect your legal rights and is given to you because you may be a member of the Class described below, which the Court recently certified in a pending class action lawsuit. The Court ordered that you be provided this notice because you may be a Class Member.

- Plaintiff contends that Off Lease Only sent text messages to Class Members' cellular telephones, promoting Off Lease Only's business in violation of the Telephone Consumer Protection Act ("TCPA"). 47 U.S.C § *227 et seq.*  Plaintiff seeks to recover money damages from Defendant for every text message which he claims violates the TCPA. The Defendant denies Plaintiff's claims and denies that they have engaged in any wrongdoing. The Court has not ruled on the merits of Plaintiff's claims.

- Class Members include all subscribers within the United States (i) who received a text message (ii) on his or her cellular telephone (iii) from InstantCarOffer.com, on behalf of Off Lease Only, Inc., (iv) through the use of the Twilio platform (v) after placing an advertisement on craigslist.org in connection with the sale of a vehicle (vi) for a period of four (4) years prior to the filing of the initial Complaint – September 4, 2011 through July 12, 2017.  See paragraph 5 below for more details on who is included.

- Your rights and options and the deadlines to exercise them are explained in this Notice. Your legal rights are affected whether you act or don't act. Read this Notice carefully.

Questions?  Call [Toll Free] or visit [Website]
1

| YOUR LEGAL RIGHTS AND OPTIONS | | Due date |
|---|---|---|
| **Remain in the Class** | To remain in the Class you need not do anything in response to this Notice. If you remain in the Class you will be bound by the Court's orders or judgment. | None |
| **Exclude Yourself** | You can exclude yourself to avoid participating in this class action. You <u>must</u> send the Exclusion Request located on the website or a signed letter with the same information by the facing postmark date to be excluded. | **Exclusion Requested Postmarked**<br>**By: [DATE]** |

| **WHAT THIS NOTICE CONTAINS** |
|---|

BASIC INFORMATION
1. Why did I get this notice?
2. What is this lawsuit about?
3. Why is this a class action?
4. Is there money available now?

WHO IS IN THE CLASS
5. How do I know if I am in the Class?
6. I'm still not sure if I am included.

YOUR RIGHTS AND OPTIONS
7. What if I do nothing?
8. Can I exclude myself from the Class?
9. How do I exclude myself from the Class?
10. If I don't exclude myself, can I sue the Defendants for the same thing later, or continue with a pending lawsuit?
11. If I exclude myself, can I get money from this case?

THE LAWYERS REPRESENTING YOU
12. Do I have a lawyer in the case?
13. May I appear through my own attorney in this case?

GETTING MORE INFORMATION
14. How do I get more information?

Questions?  Call [Toll Free] or visit [Website]

## BASIC INFORMATION

### 1. Why did I get this notice?

The purpose of this Notice is to inform you that the Court in charge of the case *Mohamed v. Off Lease Only, Inc.,* Case No. 1:15-cv-23352 in the United States District Court for the Southern District of Florida has ordered that it will proceed as a Class Action. Because your rights will be affected by this Order, it is extremely important that you read this notice carefully. This Notice summarizes the nature of the lawsuit and your rights under it.

### 2. What is this lawsuit about?

Plaintiff has brought claims against Off Lease Only. Plaintiff contends that Off Lease Only, through its agent American Motor Company, LLC, sent text messages to Class Members' cellular telephones, promoting Off Lease Only's business in violation of the TCPA. 47 U.S.C § *227 et seq.* Plaintiff seeks to recover money damages from Defendant for every text message which he claims violates the TCPA. The Defendant denies Plaintiff's claims and denies that they have engaged in any wrongdoing. The Court has not ruled on the merits of Plaintiff's claims.

Plaintiff's complaint, Defendant's answer, and the order granting class certification are available at the website.

### 3. Why is this a class action?

In a class action lawsuit, one or more people called "Class Representatives" (in this case, Ray Mohamed) sue on behalf of people who have similar claims.  The people together are a "Class" or "Class Members."  One court resolves the issues for everyone in the Class, except for those people who choose to exclude themselves from the Class. U.S. District Judge Marcia G. Cooke is in charge of this class action.  On July 12, 2017, the Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts.

### 4. Is there money available now?

No money or benefits are available now because the Court did not decide in favor of Plaintiff or Defendant and no settlement has been reached. If and when money is available, you will be notified.

In this lawsuit, the Plaintiff is asking to recover for both himself and all Class Members money damages, consisting of at least $500 for every text message sent which violates the TCPA.

The Court will hold a trial starting February 5, 2018 to rule on the lawsuit. The Court may change the date of the trial without further notice to the Class.

## WHO IS IN THE CLASS

Only persons meeting the definition of a Class Member are affected by this lawsuit.

Questions?  Call [Toll Free] or visit [Website]

| 5. | How do I know if I am in the Class? |

You a Class Member if you meet the following criteria: (i) you received a text message (ii) on your cellular telephone (iii) from InstantCarOffer.com, on behalf of Off Lease Only, Inc. (iv) through the use of the Twilio platform (v) after placing an advertisement on Craigslist.org in connection with the sale of a vehicle (vi) for a period of four (4) years prior to the filing of the initial Complaint – September 4, 2011 through July 12, 2017.

Excluded from the Class is any Defendant, any subsidiary or affiliate of any Defendant, and the individuals named in a Defendant's official records as a director or officer of any Defendant or his or its subsidiaries or affiliates, or any entity in which any excluded person has a controlling interest, and the legal representatives, heirs, successors and assigns of any excluded person.

| 6. | I'm still not sure if I am included. |

If you are still not sure whether you are included, you can get help. You can call toll-free at [Phone Number], or contact Class Counsel directly at Scott D. Owens, P.A. by calling 954-589-0588.

## YOUR RIGHTS AND OPTIONS

| 7. | What if I do nothing? |

You do not have to do anything now if you want to stay in the Class and want to keep the possibility of getting money from this lawsuit. If the case is resolved in favor of Plaintiff and the Class, then you will share in any benefits obtained in the case. The Plaintiff is asking to recover money damages.

If you stay in the Class, you will be bound by whatever judgment the Court makes whether it is for or against the Class or Defendant, and you will not preserve your right to file an individual claim against Defendant for the same claims at issue in this case. Also, if you stay in the Class, you will not have to hire your own attorney or prove your claim solely on your own. Class Counsel has been appointed to represent the Class.

| 8. | Can I exclude myself from the Class? |

Yes. If you do not want any potential benefit from this lawsuit, you can exclude yourself (or "opt-out" as it is sometimes called) to avoid participating in this class action.

| 9. | How do I exclude myself from the Class? |

**If you want to be excluded, you must properly fill out, sign and mail the Exclusion Request by the following deadline [DATE]--The Exclusion Request Form must be mailed with a postmark dated no later than [DATE]. IF YOU FAIL TO MAIL YOUR COMPLETED EXCLUSION REQUEST FORM BY THIS DATE, YOU MAY NOT BE ABLE TO EXCLUDE YOURSELF FROM THE CLASS IN THIS LAWSUIT.**

To exclude yourself from the Settlement, you must send the Exclusion Request Form or a letter or other written document with the same information by mail to:

_____ Settlement Administrator PO Box XXXX
XXXXXXXXX

Your request to be excluded from the Settlement must be personally signed by you and contain a statement that indicates your desire to be "excluded from the Class" and that you are "otherwise a member of the Class."

Your exclusion request must be postmarked no later than [**Month Day, 2017**]. You cannot ask to be excluded on the phone, by email, or at the website.

You may opt-out of the Settlement Class only for yourself. So-called "mass" or "class" opt outs, whether filed by third parties on behalf of a "mass" or "class" of Class Members or multiple Class Members where no personal statement has been signed by each and every individual Class Member, are not allowed.

**THE COURT WILL EXCLUDE FROM THE CLASS ANY MEMBER WHO REQUESTS TO BE EXCLUDED**

### 10. If I don't exclude myself, can I sue the Defendant for the same thing later, or continue with a pending lawsuit?

No. Only if you exclude yourself, you will not be bound by any Court orders or judgment for money damages whether or not favorable to Plaintiff and the Class or to Defendant. If you exclude yourself, you keep the right to sue or continue to sue Defendant on your own about the legal issues in this case. If you continue or start your own lawsuit against Defendant after you exclude yourself, you will have to hire and pay your own lawyer for that lawsuit, and you will have to prove your claims for money damages.

Remember, the exclusion deadline is [DATE].

### 11. If I exclude myself, can I get money from this case?

No. If you exclude yourself and Plaintiff and the Class ultimately prevails in their claims against Defendant, then you will not be entitled to any money obtained by Plaintiff and the Class against Defendant.

## THE LAWYERS REPRESENTING YOU

### 12. Do I have a lawyer in this case?

The Court has appointed the law firms Scott D. Owens, P.A., Hiraldo P.A., Bret L. Lusskin, P.A., and Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. to represent you and other Class Members. These attorneys are called Class Counsel. You may contact Class Counsel at the following mailing addresses or telephone numbers:

| | |
|---|---|
| **FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.**<br><br>425 North Andrews Avenue, Suite 2<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 524-2820 | **SCOTT D. OWENS, P.A.**<br><br>3800 S. Ocean Dr., Ste. 235<br>Hollywood, FL 33019<br>Telephone: (954)589-0588 |
| **HIRALDO P.A.**<br><br>401 E. Las Olas Boulevard, Ste. 1400<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 400-4713 | **BRET L. LUSSKIN, P.A.**<br><br>20802 Biscayne Blvd., Ste 302<br>Aventura, Florida 33180<br>Telephone: (954) 454-5841 |

You will not be charged for services performed by Class Counsel, but if successful, they may ask the Court for fees and expenses, which would be either deducted from any money obtained for the Class or paid separately by Defendant.

| 13. | May I appear through my own attorney in this case? |

The Court has appointed the above-named law firms to represent you and other Class Members. However, you have the right to enter an appearance through your own attorney if you desire. If you want to be represented by your own lawyer to appear in the case, you may hire one at your own expense.

## GETTING MORE INFORMATION

| 14. | How do I get more information? |

You may obtain additional information by:

- Reviewing legal documents that have been filed with the Court in this lawsuit by contacting Class Counsel at [1-800-XXX-XXXX].

- Contacting the Claims Administrator at [Phone Number] or visiting [Website].

- Writing Class Counsel at the address listed in paragraph 12 above.

Questions?  Call [Toll Free] or visit [Website]

DATED: _____, 2017

                                        BY ORDER OF THE UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA

**PLEASE DO NOT CALL THE JUDGE OR THE COURT CLERK TO ASK QUESTIONS ABOUT THIS LAWSUIT OR NOTICE.**

**THE COURT WILL NOT RESPOND TO LETTERS OR TELEPHONE CALLS. IF YOU WISH TO ADDRESS THE COURT, YOU MUST FILE AN APPROPRIATE PLEADING OR MOTION WITH THE CLERK OF THE COURT IN ACCORDANCE WITH THE COURT'S USUAL PROCEDURES.**