## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-cv-23352-Civ-COOKE/TORRES

RAY MOHAMED, individually and
on behalf of others similarly situated,

     Plaintiff,

vs.

OFF LEASE ONLY, INC., a Florida Corporation,

     Defendants.

_____/

### ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT

THIS MATTER is before me on Defendant Off Lease Only, Inc.'s Motion for Summary Judgment (ECF No. 224) and Plaintiff's Motion for Summary Judgment (ECF No. 226). I have reviewed the parties' Motions, the responses and replies thereto, the record, the relevant legal authorities, and the arguments made by the parties at the Motions Hearing on May 23, 2018.

For the reasons stated at the Motions Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1.  Defendant's Motion for Summary Judgment (ECF No. 224) is **DENIED**. I find the issues of vicarious liability and agency are fact intensive inquiries that are best left to a jury who can weigh the evidence presented. Accordingly, Defendant's Motion is **DENIED**. *See Legg v. Voice Media Grp., Inc.,* 20 F.Supp.3d 1370, 1378 (S.D. Fla.2014) ("[S]ummary judgment on vicarious liability is appropriate only in cases where evidence of the relationship is clear and unequivocal.").

2.  Plaintiff's Motion for Summary Judgment (ECF No. 226) is **GRANTED** *in part* and **DENIED** *in part*. Plaintiff's Motion is **GRANTED** in so far as the limiting language in Plaintiff's advertisement constitutes a revocation of consent to receive automatically dialed texts or phone calls. *Cf. Mey v. Pep Boys-Manny, Moe & Jack*, 717 S.E.2d 235 (W. Va. 2011) (holding that the posting of an ad online to

sell a car constitutes prior express consent to be contacted regarding the purchase of that car); *Edelsberg v. Vroom, Inc.*, No. 16-CV-62734, 2018 WL 1509135 (S.D. Fla. Mar. 27, 2018) (same). As to all the other issues Plaintiff raised in his Motion, Plaintiff's Motion is **DENIED**.

**DONE and ORDERED** in chambers in Miami, Florida this 25th day of May 2018.

MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*

2